579 A.2d 814

IN THE MATTER OF STEPHEN P. KERNAN, AN ATTORNEY AT LAW.

September 26, 1990.

ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion for reconsideration is granted; and it is further

ORDERED that the petition for reinstatement of STEPHEN P. KERNAN of BRIDGETON as an attorney at law is granted, effective immediately.